Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
22, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 22, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00293-CV

____________

 

IN RE NOBLE ENERGY, INC. , Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 30, 2004, relator filed a
petition for writ of mandamus.  On July
19, 2004, relator filed a motion to dismiss the
petition because the parties have reached a settlement regarding all claims in
the trial court.  We grant relator=s motion.

Accordingly, the petition for writ of mandamus is dismissed.

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed July 22, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.